# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| David Carter, | Civil No. 08-5056 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Viking Collection Service, Inc., a/k/a Viking Collection Service Southwest, Inc., | |
| Defendant. | |

Based on the parties' Stipulation (Doc. No. 15), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE** on its merits and without costs, disbursements, or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 21, 2009

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge